JGW/2007R00500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 11 2009

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. JFM-10-0493 |
| | : | UNDER SEAL |
| v. | : | |
| | : | (Conspiracy to Distribute and |
| STEVEN BLACKWELL | : | Possess with Intent to Distribute |
| TAHIRAH CARTER | : | Heroin, 21 U.S.C. § 846) |
| JOY EDISON | : | |

...o0o...

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

From in or about December of 2003 and continuing through the date of this Indictment, in the District of Maryland, the Southern District of New York, the Dominican Republic, and elsewhere,

**STEVEN BLACKWELL
TAHIRAH CARTER, and
JOY EDISON**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a quantity of a mixture or a substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, § 841.

21 U.S.C. § 846

*(signature)*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Aug 11, 2010
Date