IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. JFM-10-0493 |
| | : | |
| STEVEN BLACKWELL | : | |
| TAHIRAH CARTER | : | |
| JOY EDISON | : | |
| **Defendants** | : | |

...ooo0ooo...

## INFORMATION

The United States Attorney for the District of Maryland hereby provides notice pursuant to Rule 32.2(a), that, as a result of the offense set forth in Count One of the Indictment in this case, and in addition to the notice provided in the Indictment, the defendant,

**STEVEN BLACKWELL**
**TAHIRAH CARTER**
**JOY EDISON**

shall forfeit to the United States 1) any and all property obtained directly or indirectly as a result of any such violation, and (2) any and all property used, or intended to be used, in any manner or part to commit and to facilitate the commission of any such violation as charged in this Indictment, including the following:

**$10 million in United States Currency and all interest and proceeds traceable theretom,**

in that such sum in aggregate was furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to commit and to facilitate the commission of a violation of the Controlled Substances Act.

If, as a result of any act or omission of the defendants, any such property subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants, and business entities controlled by said defendants, including, but not limited to JJM Realty, LLC, and J. Edison Properties, LLC, up to the value of $10 million, including but not limited to their interests in the following:

(1) real property known as 78 Winslow Drive, Elkton, Maryland

(2) real property known as 936 E. Biddle Street, Baltimore, Maryland

(3) real property known as 1403 E. Federal Street, Baltimore, Maryland

(4) real property known as 2400 E. Oliver Street, Baltimore, Maryland

(5) real property known as 2618 E. Hoffman Street, Baltimore, Maryland

(6) real property known as 2608 Llewelyn Avenue, Baltimore Maryland

21 U.S.C. Section 853(a).

8/30/10
Date

*[signature]* (JFW)
Rod J. Rosenstein
United States Attorney