FILED: February 7, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-7114
(1:10-cr-00493-JKB-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

STEVEN BLACKWELL

      Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered January 16, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*